FILED

JUN - 5 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

writ of habeas corpus          1:26-CV-00387
under  28 U.S.A § 2241

TO. the Southern District of
       West Virgina Federal Courts:

From: James Pettus # 33270-045
Case # 18-00160-01-CR-W-BCW

on February 6, 2019 I was sentenced
to 170 months' imprisonment after pleading
guilty to Count 1, possession with intent to
Distribute methphetamine in the Amount of
5 grams or more.
        Count 2  possession of a fire arm
in the Furtherance of a Drug trafficking
Crime. 92.C
        I was given 9 yrs For count 1
And 5yrs For Count 2  two diffrent
sentences. Also Had Count 3 Felon in possession of
A fire Arm   Count 2  is unable to recive
        First step Act time credit towards
that  sentence of 60 months 5yrs. Count 3
WAS Dropped For greater charge of Count 2
        But the Count 1 ~ Can and does recive
First step Act, but Because of count 2
I am Ineligible

I have 2 diffrent sentences I'm serving
I'm Asking the court to granted me
eligible on count 1
I am not Asking to be granted Anything
that I have not earned.

I'm Asking the court to please refer to United States vs Shawn christopher wright
Case # 3:20-CR-00030-KAC-DCP-11.

MR. wrights case and mine Are alike both had meth & Gun
But in mR. wrights case He had two Guns And three diffrent types of Drugs.
I had 1~Gun and almost the same amount of meth.
But Because of the way I was sentenced I'm unable to recive FSA time credit while MR. wright who had two guns also more than one type of Hard Drugs Can recieve FSA time credit.

I'm Asking the courts to grant me FSA on Count one of my case

my out date is a little over 4yrs away with FSA I could earn time credit with programing I earned. I'm not Asking for nothing other than what I have earn.
Thank you for your time...

I have programed and Just Because of count 2 that I already Have A Seperate 60 month Sentence For. I didit have A victim didit branish or discharge the firearm

Also I've been locked up over 8yrs. my conduct has been good and speaks For it's self.

Again I've exhausted my administrative remedies

I'm asking For the courts to grant me FSA on count 1 of my charges that is a Separte sentence of 9yrs

Thank you For your time

James Pettus #33270-044
F.C.I medowell
P.o. Box 1009
welch, WV. 24801

James Pettus